**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1273**

———————

JAMES P. SCHULTZ,

                                    Plaintiff - Appellant,

        versus

WILLIAM J. HENDERSON; THE POSTMASTER GENERAL
OF THE UNITED STATES,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  William L. Osteen, District
Judge.  (CA-99-405-1)

———————

Submitted:  May 11, 2000            Decided:  May 16, 2000

———————

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James P. Schultz, Appellant Pro Se.  John Warren Stone, Jr., As-
sistant United States Attorney, Greensboro, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James P. Schultz appeals the district court's order dismissing his complaint pursuant to Fed. R. Civ. P. 12(b)(3) for improper venue. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Schultz v. Henderson</u>, No. CA-99-405-1 (M.D.N.C. Feb. 2, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on February 1, 2000, the district court's records show that it was entered on the docket sheet on February 2, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.3d 1232, 1234-35 (4th Cir. 1986).